**KESTER SOLDER COMPANY, Appellant, v. BERRY SOLDER CO., Inc., The American Metal Company, Ltd., and Arthur S. Berry, Appellees.**

No. 260.

Circuit Court of Appeals, Second Circuit.

March 1, 1937.

Duell & Kane, of New York City (Benjamin H. Sherman, Alexander C. Mabee, and Charles W. Hills, Jr., all of Chicago, Ill., of counsel), for appellant.

Ward, Crosby & Neal, of New York City (S. Mortimer Ward, Jr., and James B. L. Orme, both of New York City, of counsel), for appellees.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree (14 F.Supp. 863) affirmed on opinion below.

■

**Emma KOECHLING, Appellant, v. Warner PYNE, as Receiver of the Pelham National Bank, Pelham, N. Y., Appellee.**

No. 282.

Circuit Court of Appeals, Second Circuit.

March 1, 1937.

Arthur J. Brothers and Epstein & Brothers, all of New York City, for appellant.

Hardy, Stancliffe & Hardy, of New York City (William F. McDermott and George T. Barker, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed on the authority of Jennings v. United States Fidelity & Guaranty Co., 294 U.S. 216, 55 S.Ct. 394, 79 L.Ed. 869, 99 A.L.R. 1248, which has overruled, though without mention, the doctrine of Schumacher v. Harriett, 52 F.(2d) 817, 82 A.L.R. 1 (C.C.A.4).

■

**UNITED STATES v. Albert Julian LINDHOLM et al.**

No. 8493.

Circuit Court of Appeals, Ninth Circuit.

March 22, 1937.

Peirson M. Hall, U. S. Atty., of Los Angeles, Cal.

James H. O'Neill, of Los Angeles, Cal., for appellees.

Before GARRECHT and HANEY, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; that a judgment of dismissal be filed and entered accordingly; mandate issued forthwith.